FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2020 MAR 10 PM 12: 24

CLERK_____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION

SHIRLEY JAMERSON, )
)
Plaintiff, )
)
v. ) CASE NO. CV420-015
)
SAVANNAH FBI; ATLANTA FBI; )
JOHN HUBBARD, in his Official )
Capacity; CHIEF MINTOR, in )
his Official Capacity; and )
GEORGIA FBI, )
)
Defendants. )

## O R D E R

Before the Court is the Magistrate Judge's Report and Recommendation (Doc. 7), to which no objections have been filed. After a careful review of the record, the report and recommendation is **ADOPTED** as the Court's opinion in this case. As a result, Plaintiff's complaint is **DISMISSED WITHOUT PREJUDICE**. Additionally, Plaintiff's Motion for Leave to Proceed In Forma Pauperis (Doc. 2) and Motion to Appoint Counsel (Doc. 6) are **DISMISSED AS MOOT**. The Clerk of Court is **DIRECTED** to close this case.

SO ORDERED this 10th day of March 2020.

_____
WILLIAM T. MOORE, JR.
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA