# United States District Court
## Southern District of Georgia

SHIRLEY JAMERSON,

   Plaintiff,

JUDGMENT IN A CIVIL CASE

V.

CASE NUMBER: CV420-015

SAVANNAH FBI; ATLANTA FBI; JOHN HUBBARD, in his Official Capacity; CHIEF MINTOR, in his Official Capacity; and GEORGIA FBI,

   Defendants.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that in accordance with this Court's Order dated March 10, 2020 adopting the Report and Recommendations of the U.S. Magistrate Judge as the opinion of this Court, the Plaintiff's Complaint is dismissed without prejudice. This case stands closed.



| 03/10/2020 | Scott L. Poff |
|---|---|
| *Date* | *Clerk* |

*signature: S. Hanna*

(By) Deputy Clerk